JOSEPH E. MUDD (BAR NO. 141479)
jem@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1920 Main Street, Suite 1050
Irvine, California 92614
Telephone: (949) 252-2777
Facsimile: (949) 252-2776

Attorneys for Plaintiff ADVANCED
CLEANUP TECHNOLOGIES, INC., a
California corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED CLEANUP TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. **CV11-08963 GHK (JCx)**<br><br>**COMPLAINT FOR REFUND OF TAXES** |

Plaintiff, by and through its attorneys, hereby seeks a refund of penalty for failure to pay and failure to deposit payroll taxes, erroneously assessed by the Defendant, pursuant to 26 U.S.C. § 6401 et seq., for which claim was timely made, pursuant to 26 U.S.C. § 6511.

In support thereof, Plaintiff states:

### JURISDICTION AND PARTIES

1. Advanced Cleanup Technologies, Inc. is a California corporation located at 18414 South Santa Fe Avenue, Rancho Dominguez, California 90221-5612.

2. This Court has jurisdiction as this is a suit against the United States of America for a refund of penalty and interest paid.

## FACTS

3. On September 10, 2009 Plaintiff filed a claim for refund with the Internal Revenue Service, requesting a refund for penalty assessed pursuant to IRC §§ 6651 and 6656 – failure to deposit and failure to pay penalties for the fourth quarter of 2005 -- on Forms 940 and 941, requesting a total abatement of $236,676.62.

4. Pursuant to a letter dated October 29, 2009, Plaintiff was notified that the penalty for failure to deposit and failure to pay on the 941 filed for the fourth quarter of 2005 was denied.

5. By letter dated October 29, 2009 Plaintiff was notified that the penalty for failure to pay (940) for the 2005 year was denied.

6. On September 9, 2009 Plaintiff filed a claim for refund and request for abatement of penalties assessed pursuant to IRC §§ 6651 and 6656 for the fourth quarter of 2006, requesting a refund or abatement in the amount of $190,790.98.

7. On October 29, 2009 Plaintiff was informed that the request for refund related to Form 941 for the fourth quarter of 2006 had been denied.

8. By letter dated November 9, 2009 Plaintiff was notified that the request for abatement of failure to deposit and failure to pay penalty for Form 940 for the tax year 2006 was denied.

9. An identical request for refund and request for abatement was made based on the same facts for the fourth quarter of 2008, second quarter of 2006, and first quarter of 2008, which refund and request for abatement was granted.

10. The abatements and refunds stated above should have been granted as Plaintiff had reasonable cause for late deposit and late penalty. The Plaintiff above named was hired by and entered into a contract with St. Bernard's Parish in Louisiana to perform environmental cleanup of damage wrought by Hurricane Katrina. All payments were backed by FEMA. During the years 2005, 2006 and 2007, Plaintiff billed St. Bernard's Parish $28,462,276.96 for work performed to

FREEMAN, FREEMAN & SMILEY, LLP
1920 MAIN STREET, SUITE 1050
IRVINE, CALIFORNIA 92614
(949) 252-2777

1 remediate adverse environmental conditions.

2     11. Although Plaintiff completed its work, it could not pay its bills, its wages, its subcontractors and others, and had numerous suits filed against it for payment.

5     12. Plaintiff received its first payment of $1,945,232.00 in January 2006 but did not receive another payment until September 2007, in the amount of $5,959,133.00, a payment of $3,403,202.00 in March of 2008, and another payment of $15,376,514.00 in September 2009.

9     13. All of the sums billed were necessary to pay all bills of Plaintiff, not just payroll taxes.

11     14. During the entire time that the Plaintiff was attempting to pay its bills, including wages and payroll taxes, it became subject to liens filed by the Internal Revenue Service, along with significant penalties and interest, all of which placed the Plaintiff into financial jeopardy.

15     15. Because FEMA and St. Bernard's Parish did not timely pay amounts owed to the Plaintiff, Plaintiff was unable to timely pay most of its debts, including wages and employment taxes.

18     16. Plaintiff should not be burdened with penalties for late payment of employment taxes when its financial problems were brought about by the obligations of one governmental agency to another. FEMA delayed payment to the Parish and, thus, payment to Plaintiff.

22     17. Although Plaintiff made deposits for which it had funds, Plaintiff was unable to foresee that it would not receive the funds to pay for all the expenses which it incurred in performing services, and consequently had good cause for delay of payment of payroll taxes.

26 ///
27 ///
28 ///

FREEMAN, FREEMAN & SMILEY, LLP
1920 MAIN STREET, SUITE 1050
IRVINE, CALIFORNIA 92614
(949) 252-2777

1     WHEREFORE, Plaintiff requests that the Court order refund of all penalty
2 and interest requested herein.

4 DATED: October 28, 2011      FREEMAN, FREEMAN & SMILEY, LLP

By: _____
    JOSEPH E. MUDD
    Attorneys for Plaintiff ADVANCED
    CLEANUP TECHNOLOGIES, INC., a
    California corporation

FREEMAN, FREEMAN & SMILEY, LLP
1920 MAIN STREET, SUITE 1050
IRVINE, CALIFORNIA 92614
(949) 252-2777

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

**CV11- 8963 GHK (JCx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY